Case 5:21-mj-00563-DUTY   Document 3   Filed 08/30/21   Page 1 of 1   Page ID #:3

FILED
CLERK, U.S. DISTRICT COURT

08/30/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

AO 442

# United States District Court

for the
District of Utah

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No: 2:10-cr-00334 TS |
| Jesus De Alba | 5:21-mj-00563 |

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **Jesus De Alba**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information
☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition
☒ Supervised Release Violation Petition

This offense is briefly described as follows:

**Alleged Violations of Supervised Release**

in violation of _____ United States Code.

D. Mark Jones
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

By: Ron Black
    Deputy Clerk

Clerk of Court
Title of Issuing Officer

August 19, 2021 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |