1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: ED21-00563M |
|---|---|
| Plaintiff, | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| JESUS DE ALBA, | |
| Defendant. | |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Utah for alleged violation(s) of the terms and conditions of probation or supervised release; and

  Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

   (X)  information in the Pretrial Services Report and Recommendation

   (X)  information in the violation petition and report(s)

   ()  the defendant's nonobjection to detention at this time

///
///

1

1  (X) other:
2  insufficient bail resources, history of substance abuse, prior failures to
3  appear and warrants
4  B. (X) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety
6  of any other person or the community if released under 18 U.S.C.
7  § 3142(b) or (c). This finding is based on the following:
8  (X) information in the Pretrial Services Report and Recommendation
9  (X) information in the violation petition and report(s)
10  ( ) the defendant's nonobjection to detention at this time
11  (X) other:new criminal convictions

13  IT THEREFORE IS ORDERED that the defendant be detained pending the further
14  revocation proceedings.

16  Dated: August 30, 2021

_____
KENLY KIYA KATO
United States Magistrate Judge